# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | 1:25-cr-00080-ADA-SH-1 |
| **MARK WILLIAM SILCOX (1),** | § | |
| *Defendant* | § | |

## Order On Petition for Action on Conditions of Pretrial Release

This matter came before the Court November 20, 2025, for a hearing on the Pretrial Services Office's Petition for Action on Conditions of Release, filed November 18, 2026 ("Petition") (Dkt. 75). The revocation proceeding was held in accordance with the Federal Rules of Criminal Procedure and 18 U.S.C. § 3148.

On February 4, 2025, Defendant Mark William Silcox was arrested pursuant to a complaint charging him with Possession with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 841(a)(1). Dkt. 1. The Court ordered him released on conditions on February 13, 2025. Dkt. 40. On February 18, 2025, Defendant was indicted on one count of Conspiracy to Possess with Intent to Distribute Methamphetamine and one count of Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 846 & 841(b)(1)(C). Dkt. 41. Trial is set for January 5, 2026. Dkt. 51.

The Petition alleges that on October 15, 2025, Defendant submitted a random urine specimen which was confirmed positive for cocaine metabolite, and that Defendant denied personal use.

The Court has considered the Petition and the Pretrial Services Report. Pursuant to 18 U.S.C. § 3148(b)(1)(A), the Court finds that there is probable cause to believe that Defendant violated Condition 7(m) of his release ("The defendant must not use or unlawfully possess a narcotic drug

1

or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.").

Nonetheless, the Court finds that Defendant's severe medical issues constitute good cause for release. Defendant is **ORDERED** to abide by all conditions in the Order Setting Conditions of Release (Dkt.40) and follow all instructions from Pretrial Services. Defendant is **FURTHER ORDERED** not to associate with any persons engaged in criminal activity, including unlawful use or possession of a narcotic drug or other controlled substance.

It is **FURTHER ORDERED** that the Petition for Action on Conditions of Pretrial Release (Dkt. 75) is **DENIED**.

**SIGNED** November 20, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE